ACCEPTED
01-14-00969-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/27/2015 8:41:54 AM
CHRISTOPHER PRINE
CLERK

# Hubbard Law Firm

Attorneys and Counselors at Law
1075 Kingwood Drive, Suite 203
Kingwood, Texas 77339
Telephone: (281) 358-7035
Facsimile: (281) 358-7008
Email: phubbard@patrickhubbardlaw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/27/2015 8:41:54 AM

CHRISTOPHER A. PRINE
Clerk

February 26, 2015

Mr. Christopher A. Prine,
Clerk of the Court
Court of Appeals, First District of Texas
301 Fannin St.
Houston, Texas 77002-2006

Re:   **Court of Appeals Number 01-14-00969-CV     Trial Court Number: 2012-56941**

Dear Mr. Prine:

With reference to the Reporter's Record, the Appellant has not requested a Reporter's Record, because there is none. This is an appeal from a summary judgment and no testimony was taken.

Sincerely,

Patrick G. Hubbard

cc:   T. H. Tinker
Law Office of Todd H. Tinker, P.C.
P. O. Box 802606
Dallas, Texas 75380-2606
Delivered Via E-Mail